**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| CHARLES A. WINSTON,<br>ADC #84733 | PLAINTIFF |
| v.   No. 5:10CV00180 JLH-JJV | |
| WENDY L. KELLY, Deputy Director of<br>Health Services, Arkansas Department<br>of Correction; *et al.* | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 6), which this Court construes as a Motion for Preliminary Injunctive Relief, be DENIED.

IT IS SO ORDERED this 14th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE