# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES A. WINSTON                                                                                    PLAINTIFF
ADC #84733

v.                                    No. 5:10CV00180-JLH-JJV

WENDY KELLY, Deputy Director of
Health Services, Arkansas
Department of Correction; *et al*.                                                                    DEFENDANTS

## ORDER

Before the Court is plaintiff's second motion for default judgment against Barry Greenlee. On August 1, 2012, the Court dismissed Barry Greenlee as a defendant. Plaintiff's motion is, therefore, DENIED. Document #111.

IT IS SO ORDERED this 3rd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE