**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES A. WINSTON                                                                           PLAINTIFF
ADC #84733

v.                                      No. 5:10CV00180-JLH-JJV

WENDY KELLY, Deputy Director of
Health Services, Arkansas
Department of Correction; *et al*.                                                      DEFENDANTS

<u>**ORDER**</u>

Before the Court is plaintiff's second motion for default judgment against Barry Greenlee.

On August 1, 2012, the Court dismissed Barry Greenlee as a defendant.  Plaintiff's motion is,

therefore, DENIED.  Document #111.

IT IS SO ORDERED this 3rd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE