**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHARLES A. WINSTON                                                                                             PLAINTIFF
ADC #84733

v.                                              No. 5:10CV00180-JLH-JJV

WENDY KELLY, Deputy Director of
Health Services, Arkansas
Department of Correction; *et al*.                                                                          DEFENDANTS

**ORDER**

Charles A. Winston has moved for reconsideration of the Order dismissing his claims against Barry Greenlee as barred by the statute of limitations. Winston argues that equitable tolling would prevent the statute of limitations from expiring because during the three-year period while the statute of limitations was running between June of 2007 and June of 2010, he was impeded by a variety of physical ailments and disciplinary actions imposed by the Arkansas Department of Correction. He says that he wrote more than 276 grievances between March 21, 2007, and June 6, 2010. If the impediments he describes were insufficient to keep him from filing 276 grievances, they also were insufficient to keep him from filing his complaint in a timely fashion. The motion for reconsideration is DENIED. Document #128.

IT IS SO ORDERED this 24th day of August, 2012.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE